## Richard H. LUND et al.

v.

## CITY OF EAST PROVIDENCE et al.

### No. 80-463-A.

Supreme Court of Rhode Island.

Jan. 22, 1981.

S. Arlene Violet, Providence, for plaintiffs.

Selya & Iannuccillo, Inc., Bruce M. Selya, Tillinghast, Collins & Graham, James E. Purcell, Providence, for defendants.

## ORDER

The defendants' motions to dismiss this appeal for lack of jurisdiction are denied. The defendants' motions to remand this case to the Superior Court for hearing on their motions for summary judgment are granted. Following said hearing, the papers herein shall be returned to this court forthwith.